UNITED STATES of America,
Plaintiff–Appellee,

v.

Judlin MORTIMER, a/k/a Chris, Defendant–Appellant.

No. 01–6180.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

Judlin Mortimer, pro se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, NC, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Judlin Mortimer seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *See United States v. Mortimer,* Nos. CR–96–176–MU; CA–98–7–3–MU (W.D.N.C. filed June 21, 2000; entered June 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's *Apprendi* claim is not cognizable.